

**FILED**

MAY 2 4 2019

Clerk, U.S. District Court
District Of Montana
Great Falls

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: 927 2nd AVE NW, GREAT FALLS, MONTANA, INCLUDING HOUSE AND DETACHED GARAGE, AND BLACK 328I BMW AND WHITE NISSAN ALTIMA BEARING MONTANA LICENSE PLATE CEE602 | MJ 19-54-GF-JTJ<br><br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this 24th day of May 2019.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge